IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-165-3 |
| | § § § § | |
| DIN REGINA CHANEY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 286). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 3, 2014 at 8:30 a.m**.

SIGNED on April 23, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge